UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

THANH GIAP
        Plaintiff,

 -against-           9:09-CV-503 (LEK/RFT)

BRIAN FISCHER, *Commissioner,*
*Department of Correctional Services*,
NANCY ANTHONY, *Nurse, Eastern*
*Correctional Facility*

        Defendants.

_____

### **<u>DECISION AND ORDER</u>**

  This matter comes before the Court following a Report-Recommendation filed on March 10, 2010 by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 13).  On March 10, 2010, Plaintiff Thanh Giap ("Plaintiff") requested, and was granted, a 120-day extension to file objections to the Report-Recommendation.  Dkt. No. 15.  Plaintiff filed objections ("Objections") on May 3, 2010.  Dkt. No. 16.

  This Court is to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." <u>Id.</u>  Where, however, an objecting "'party makes only conclusory or general objections, or simply reiterates his original arguments, the Court reviews the Report and Recommendation only for clear error.'" <u>Farid v. Bouey</u>, 554 F. Supp. 2d 301, 307 (N.D.N.Y. 2008) (quoting <u>McAllan v.</u>

<u>Von Essen</u>, 517 F. Supp. 2d 672, 679 (S.D.N.Y. 2007) (citations and quotations omitted)).

The Court has considered Plaintiff's Objections (Dkt. No. 16), undertaken a de novo review of the record, and determined that the Report-Recommendation (Dkt. No. 13) should be approved for the reasons stated therein.

For the above reasons, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 13) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. No. 9) is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Motion to Amend Complaint (Dkt. No. 11) is **DENIED** without prejudice, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:    May 11, 2010
          Albany, New York

Lawrence E. Kahn
U.S. District Judge